IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patrick Collins, Inc. v. JOHN DOES 1-21 | CIVIL ACTION NO.: 11-cv-5173 |
| Patrick Collins, Inc. v. JOHN DOES 1-11 | CIVIL ACTION NO.: 12-cv-2079 |
| Patrick Collins, Inc. v. JOHN DOES 1-8 | CIVIL ACTION NO.: 12-cv-2089 |
| Patrick Collins, Inc. v. JOHN DOES 1-20 | CIVIL ACTION NO.: 12-cv-3138 |
| Patrick Collins, Inc. v. JOHN DOES 1-18 | CIVIL ACTION NO.: 12-cv-3140 |
| Patrick Collins, Inc. v. JOHN DOES 1-30 | CIVIL ACTION NO.: 12-cv-3148 |
| Patrick Collins, Inc. v. JOHN DOES 1-14 | CIVIL ACTION NO.: 12-cv-3150 |
| Patrick Collins, Inc. v. JOHN DOES 1-14 | CIVIL ACTION NO.: 12-cv-3641 |
| Patrick Collins, Inc. v. JOHN DOES 1-18 | CIVIL ACTION NO.: 12-cv-3643 |
| Patrick Collins, Inc. v. JOHN DOES 1-15 | CIVIL ACTION NO.: 12-cv-3955 |
| Patrick Collins, Inc. v. BUTLER | CIVIL ACTION NO.: 12-cv-4199 |
| Patrick Collins, Inc. v. JOHN DOES 1-31 | CIVIL ACTION NO.: 12-cv-4323 |
| Patrick Collins, Inc. v. JOHN DOES 1-11 | CIVIL ACTION NO.: 12-cv-4324 |
| K-BEECH, INC. v. VANDERHORST | CIVIL ACTION NO.: 11-cv-6432 |
| Patrick Collins, Inc. v. JOHN DOES 1-23 | CIVIL ACTION NO.: 12-cv-3146 |
| Patrick Collins, Inc. v. JOHN DOES 1-17 | CIVIL ACTION NO.: 12-cv-3642 |
| Patrick Collins, Inc. v. JOHN DOES 1-24 | CIVIL ACTION NO.: 12-cv-3956 |

O R D E R

AND NOW, this 16th day of AUGUST, 2012, it is hereby ordered that the above-captioned cases are referred to the Honorable Michael M. Baylson for monitoring and coordination of the following issues: severance of defendants; the status of discovery; scheduling of arbitration hearings; settlement negotiations; and trial date, and it is

**FURTHER ORDERED** that the above-captioned cases shall remain on the calendar of the Judge to whom it was assigned at the time of filing, until further order of the court.

FOR THE COURT:

_____
J. CURTIS JOYNER
Chief Judge